
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222-2716
Tel +1 412 288 3131
Fax +1 412 288 3063
reedsmith.com

**Roy W. Arnold**
Direct Phone: +1 412 288 3916
Email: rarnold@reedsmith.com

April 12, 2016

**VIA ECF**

The Honorable P. Kevin Castel, U.S.D.J.      The Honorable Kevin Nathaniel Fox, U.S.M.J.
United States District Court                 United States District Court
Southern District of New York                Southern District of New York
500 Pearl Street                             40 Foley Square
New York, NY 10007                           New York, NY 10007

      Re:    ***Diaz et al. v. DSW Inc. and DSW Shoe Warehouse, Inc.***
               **Civil Action No. 1:15-CV-09177**

Dear Judge Castel and Judge Fox:

On behalf of our clients DSW Inc. and DSW Shoe Warehouse, Inc., Defendants in the above-captioned matter, we are writing to inform the Court that the parties have reached a confidential individual settlement of the plaintiff's claims. Therefore, while the Defendants deny any liability with respect to Plaintiff's claims, the parties will submit a proposed stipulation of dismissal promptly upon the execution of the confidential settlement agreement.

Very truly yours,

REED SMITH LLP

By: _Roy W. Arnold_
     Roy W. Arnold

cc: C.K. Lee, Esq.